**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| SAMUEL E. HALEY, JR., )<br>    Petitioner, )<br>)<br>v. )<br>)<br>ANTHONY HAYNES, Warden, )<br>FCI-Forrest City )<br>    Respondent. ) | **Case No. 2:13-CV-00153 KGB-JTK** |

**ORDER**

Petitioner has filed a motion requesting that the Court order his warden to provide him postage stamps so that he can send his reply to the Court and opposing counsel. On its face, Petitioner's request for postage appears to be valid under 28 C.F.R. § 540.21. However, the Court notes that wardens are empowered to make certain restrictions on the provision of stamps and that Petitioner has filed six different documents since Respondent filed his response. Accordingly, the Court hereby orders Respondent to either provide Petitioner with the necessary postage to file his reply or to explain why the postage is being withheld by January 14, 2014.

SO ORDERED this 8th day of January, 2014.

_____
United States Magistrate Judge

1