## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| SAMUEL E. HALEY, JR.,               ) <br>     Petitioner,                        ) <br>                                      ) <br> v.                                      ) <br>                                      ) <br> ANTHONY HAYNES, Warden,     ) <br> FCI-Forrest City                       ) <br>     Respondent.                 ) | **Case No. 2:13-CV-00153 KGB-JTK** |

## ORDER

Petitioner has filed what appears to be a copy of a request for an administrative remedy. The clerk's office has construed this as a motion requesting that the Court order his warden to provide him postage stamps and to "stamp" his filings as notarized.

It is unclear why Petitioner would need anything notarized, and he has somehow managed to file fifteen separate filings in the past thirty-five days during the time he has been refused access to stamps. His allegations are dubious under the circumstances. Given the fact that Petitioner has already filed his reply and that Petitioner does not explain what it is he is being prevented from filing, Petitioner's motion is DENIED.

SO ORDERED this 28th day of January, 2014.

_____
United States Magistrate Judge

1