**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

SAMUEL E. HALEY,
REG #05508-045                                                                                            PETITIONER

v.                                    Case No: 2:13-cv-00153 KGB

ANTHONY HAYNES, et al.                                                                          DEFENDANTS

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 43). Plaintiff Samuel E. Haley has objected to the Proposed Findings and Recommendations (Dkt. No. 55). He has also filed several related motions, notices, and objections (Dkt. Nos. 49–54, 56–61, 63). After careful review of the Proposed Findings and Recommendations and the objections thereto, as well as a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 43).

Mr. Haley has also filed notice that he intends to sue the defendants for various alleged violations of his constitutional and statutory rights. That case or controversy is not currently before this Court, and this Court cannot therefore make a determination on any future suit Mr. Haley may file or potential claims he may bring.

Accordingly, this case is dismissed without prejudice, and all pending motions are denied as moot.

SO ORDERED this 14th day of August, 2014.

_____
Kristine G. Baker
United States District Judge