**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**SAMUEL E. HALEY,**
**REG #05508-045**                                                    **PETITIONER**

**v.**                            **Case No: 2:13-cv-00153 KGB**

**ANTHONY HAYNES, et al.**                                          **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, it is considered,

ordered, and adjudged that the complaint is dismissed without prejudice.

SO ORDERED this 14th day of August, 2014.

_____
Kristine G. Baker
United States District Judge